# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>) |
| Plaintiff, | )<br>) Case No. 2:16-cv-00321-RFB-GWF |
| vs. | )<br>) **ORDER** |
| RENAISSANCE AT TIERRA DE LAS PALMAS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on Defendant SFR Investment Pool 1, LLC's Notice of Disassociation and Withdrawal of Counsel (ECF No. 53), filed on August 26, 2016.

Counsel for Defendant represents that Trella N. McLean, Esq. is no longer associated with the law firm of Kim, Gilbert, Ebron. Therefore, counsel requests that Ms. McLean be removed as attorney of record for Defendant. Counsel also indicates that Ms. McLean's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Jacqueline A. Gilbert, Esq., Karen L. Hanks, Esq., Diana C. Ebron, Esq. and Howard C. Kim, Esq. The Court finds that counsel has provided good cause to justify granting Ms. McLean's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant SFR Investment Pool 1, LLC's Notice of Disassociation and Withdrawal of Counsel (ECF No. 53) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Trella N. McLean, Esq. from the CM/ECF service list in this case.

DATED this 29th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge