DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
            karen.whelan@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing LP*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, | Case No.:        2:16:cv-00321-RFB-GWF |
| Plaintiff, | **STIPULATION FOR DISMISSAL, TO RELEASE COST BOND AND RECONVEY DEED OF TRUST** |
| vs. | |
| RENAISSANCE AT TIERRA DE LAS PALMAS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and ALICE ESCOLANO, an individual, | |
| Counter/Cross Defendants. | |

1

45709701;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**), defendant Renaissance at Tierra de las Palmas Homeowners Association, defendant, counter- and cross-claimant SFR Investments Pool 1, LLC, and defendant Nevada Association Services, Inc. stipulate as follows:

1.      SFR's claims against cross-defendant Alice Escolano are dismissed without prejudice.

2.      All remaining claims asserted in this action are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

3.      The $500.00 cash deposit BANA tendered to the clerk of court on April 8, 2016, pursuant to the stipulation and order for cost bond, ECF No. 14, shall be released to BANA c/o its counsel, Darren T. Brenner or Karen A. Whelan, Akerman LLP, 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

45709701;1

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP

1    4.    BANA shall reconvey the deed of trust dated November 1, 2004 and re-recorded with

2  the Clark County Recorder on June 29, 2018, as Instrument No. 20180629-0003722, which secures a

3  promissory note executed by Alice Escolano in the original principal amount of $161,600.00,

4  originally payable to Countrywide Bank, N.A.

5  Dated this 10th day of July, 2018.                     Dated this 6th day of July, 2018.

6  **AKERMAN LLP**                                          **BOYACK ORME & ANTHONY**

7  */s/ Karen A. Whelan, Esq.*                             */s/ Kelly K. Blatnik, Esq.*

8  DARREN T. BRENNER, ESQ.                                 EDWARD D. BOYACK, ESQ.
   Nevada Bar No. 8386                                     Nevada Bar. No. 5229

9  KAREN A. WHELAN, ESQ.                                   KELLEY K. BLATNIK, ESQ. (of counsel)
   Nevada Bar No. 10466                                    Nevada Bar No. 12768

10 1635 Village Center Circle, Suite 200                   7432 W. Sahara Avenue, Suite 101
   Las Vegas, Nevada 89134                                 Las Vegas, Nevada 89117

11 *Attorneys for Bank of America, N.A., successor*        *Attorneys for Renaissance at Tierra de las*
   *by merger to BAC Home Loans Servicing, LP*             *Palmas Homeowners Association*

12 *f/k/a Countrywide Home Loans Servicing LP*

13

14

15 Dated this 6th day of July, 2018.                       Dated this 10th day of July, 2018.

16 **KIM GILBERT EBRON**                                    **NEVADA ASSOCIATION SERVICES, INC.**

17 */s/ Diana S. Ebron, Esq.*                              */s/ Brandon E. Wood, Esq.*

18 DIANA S. EBRON, ESQ.                                    BRANDON E. WOOD, ESQ.
   Nevada Bar No. 10580                                    Nevada Bar. No. 12900

19 JACQUELINE A. GILBERT, ESQ.                             6224 West Desert Inn Road
   Nevada Bar No. 10593                                    Las Vegas, Nevada 89146

20 KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578                                     *Attorneys for Nevada Association Services, Inc.*

21 7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139

22 *Attorneys for SFR Investments Pool 1, LLC*

23

24       **IT IS SO ORDERED.**                             _____
                                                           RICHARD F. BOULWARE, II

25                                                          UNITED STATES DISTRICT JUDGE

26                                                          DATED this  11th day of July, 2018.

27

28                                    3